*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





★ ★ ★          ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00029-CR

Charles Ray **LEWIS** a/k/a Mylan James,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CR-11461
Honorable Sharon MacRae, Judge Presiding

PER CURIAM

Sitting:       Karen Angelini, Justice
                 Phylis J. Speedlin, Justice
                 Rebecca Simmons, Justice

Delivered and Filed: August 11, 2010

DISMISSED

Appellant and his attorney have each filed a motion to dismiss this appeal. Together, the motions satisfy the requirements of Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). Therefore, the motions are granted. This appeal is dismissed.

PER CURIAM

DO NOT PUBLISH